IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MOONIES MF LLC, | § | CASE NO. 24-10434-smr |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | (Subchapter V) |
| | § | |

**LANDLORD'S WITNESS AND EXHIBIT LIST FOR MAY 15, 2024 HEARING**
**(Related to Docket No. 16)**

Main Street Social, LLC (the "Landlord") by and through their undersigned counsel, hereby file its witness and exhibit list (the "Witness and Exhibit List") for the hearing scheduled for May 15, 2024, at 3:00 p.m. (CST) (the "Hearing"), on the Emergency Motion to Lift the Automatic Stay to Allow Eviction of Debtor [Docket No. 16].

**WITNESSES**

The Limited Partners may call any of the following witnesses at the Hearing:

1. James Prince.

2. Any witness called or listed by any other party.

3. Any rebuttal witnesses as needed.

HB: 4884-3349-0877.1

# EXHIBITS

The Landlord intends to use electronic exhibits and may offer into evidence any one or more or the following exhibits:

| Exhibit No. | Description | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|
| 1 | Declaration of James Prince [Dkt. No. 17] | | | | |
| 2 | Lease Agreement dated May 27, 2027 [Dkt. No. 16-1] | | | | |
| 3 | Notice of Default dated March 29, 2024 [Dkt. No. 16-2] | | | | |
| 4 | Proposed Estoppel Certificate [Dkt. No. 16-3] | | | | |
| 5 | Debtor's Voluntary Petition with Schedules and SOFA [Dkt. Nos. 1 and 16-4] | | | | |
| 6 | Page 6 from Docket No. 1 (List of Top 20) | | | | |
| 7 | Pages 11 and 12 from Docket No. 1 (Schedule B) | | | | |
| 8 | Page 19 from Docket No. 1 (Schedule E) | | | | |
| 9 | CraCo, Inc. Balance Sheet as of January 31, 2024 [Dkt. No. 4] | | | | |
| 10 | CraCo, Inc. Profit and Loss Statement for August 2023 through January 2024 [Dkt. No. 5] | | | | |
| 11 | CraCo, Inc. Cash Flow Statement as of January 2024 [Dkt. No. 6] | | | | |
| 12 | CraCo, Inc. 2022 Federal Tax Return [Dkt. No. 7] | | | | |
| 13 | Texas Secretary of State – Moonie's MF, LLC | | | | |
| 14 | Texas Secretary of State - CraCo, Inc. | | | | |
| 15 | Commercial Sales Contract | | | | |
| 16 | Moonies MF LLC Certificate of Liability Insurance | | | | |

| 17 | May 1, 2024 Propane Invoice to Debtor | | | |
|----|---------------------------------------|---|---|---|
| 18 | May 1, 2024 Water Invoice to Debtor | | | |
| 19 | Case Docket as of May 13, 2024 | | | |
| | Any exhibit designated by any other party. | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 case. | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party. | | | |

The Limited Partners reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: May 13, 2024

Respectfully submitted,

By: */s/ Lynn Hamilton Butler*
Lynn Hamilton Butler
Texas Bar No. 03527350
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 226-7318 (Fax)
lynn.butler@huschblackwell.com

**Attorney for Main Street Social, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on May13, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF notification system on the parties listed on the attached matrix.

*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler

HB: 4884-3349-0877.1

| | | |
|---|---|---|
| **Burnet Central Appraisal District**<br>*Added: 04/26/2024*<br>*(Creditor)* | represented by | **Julie A. Parsons**<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680<br>512-323-3200<br>512-323-3205 (fax)<br>jparsons@mvbalaw.com<br>*Assigned: 04/26/24* |
| **Moonies MF, LLC**<br>3500 Hamlet Cove<br>Round Rock, TX 78664<br>Tax ID / EIN: 84-3379710<br>*Added: 04/25/2024*<br>*(Debtor)* | represented by | **John P. Henry**<br>John Henry & Associates PLLC<br>407 West Liberty Avenue<br>Round Rock, TX 78664<br>214-673-1960<br>jhenry@jhenrylaw.com<br>*Assigned: 04/25/24* |
| **Eric Terry**<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209<br>(210) 468-8274<br>(210) 319-5447 (fax)<br>eric@ericterrylaw.com<br>*Added: 04/26/2024*<br>*(Trustee)* | represented by | **Eric Terry**<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209<br>(210) 468-8274<br>(210) 319-5447 (fax)<br>eric@ericterrylaw.com<br>*Assigned: 05/01/24* |
| **The County of Williamson, Texas**<br>*Added: 04/26/2024*<br>*(Creditor)* | represented by | **Julie A. Parsons**<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680<br>512-323-3200<br>512-323-3205 (fax)<br>jparsons@mvbalaw.com<br>*Assigned: 04/26/24* |
| **United States Trustee - AU12**<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701<br>(512) 916-5330<br>ustpregion07.au.ecf@usdoj.gov<br>*Added: 04/25/2024*<br>*(U.S. Trustee)* | represented by | **Jessica Lanoue Hanzlik**<br>United States Trustee Program<br>615 E. Houston Street<br>Ste 533<br>San Antonio, TX 78205<br>210-472-4640<br>Jessica.L.Hanzlik@usdoj.gov<br>*Assigned: 04/26/24* |

HB: 4884-3349-0877.1