UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-10434 |
| MOONIES MF, LLC | § | |
| | § | |
| Debtor. | § | |
| | § | |

## MOTION OF DEBTOR TO DISMISS CASE

**TO THE HONORABLE SCOTT W. EVERETT, U.S. BANKRUPTCY JUDGE:**

> **THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**
>
> **IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**
>
> **A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

Moonies MF, LLC, debtor and debtor in possession ("Moonies" or the "Debtor") file this *Motion of Debtor to Dismiss Case* (the "Motion to Dismiss") and in support thereof would show the Court the following.

1. On April 25, 2024, (the "Petition Date") Debtor commenced the underlying bankruptcy case (the "Bankruptcy Case") by the filing of a voluntary Chapter 11 petition.

2. The Debtor entered this case with two operating restaurant locations, one of which is or was at 1651 Loop 332, Unit 115, Liberty Hill, Texas with Main St. Social LLC ("Main St.") which lease is the subject of one or more entered orders in this case which resolved a dispute between the parties and resulted in a settlement payment of $35,000 to the Debtor.

3. The other lease is for the restaurant located at 109 N. Highway 183, Leander, TX 78641 under a lease Texas Realtors form of Commercial Lease dated March 28, 2022 (the "Lease") with Christian Soto Cruz, individually ("Cruz").

4. From the $35,000 settlement payment from Main St., the Debtor remitted $18,000 to WKPZ as a partial payment of the retainer due to WKPZ, paid Cruz $8,500, and used the remaining $7,500 for ordinary course operational expenses.

5. On July 30, 2024, the Court entered an order rejecting the Lease with Cruz as of July 31, 2024.

6. The Debtor has no ongoing business operations following rejection of the Cruz lease.

7. The Debtor possess no other assets of the estate which would result in a recovery to creditors.

8. The Debtor would show that no purpose would exist by the continuation of this case in any form.

9. Accordingly, pursuant to Code § 1112, Debtor seeks to dismiss this case.

WHEREFORE, Moonies MF, LLC, the debtor, respectfully requests that the Court enter an order granting the Motion to Dismiss this case as set forth in the accompanying proposed order. Debtor respectfully requests that the Court grant to Debtor such other and further relief to which Debtor is entitled at law or in equity.

Dated: August 21, 2024     Respectfully submitted:

                                              WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
                                              By: */s/ Jeff Carruth*
                                                 JEFF CARRUTH (TX SBN: 24001846)
                                                 2608 Hibernia, Suite 105
                                                 Dallas, TX 75204-2514
                                                 Telephone: (713) 341-1158
                                                 Fax: (713) 961-5341
                                                 E-mail: jcarruth@wkpz.com

                                                 ATTORNEYS FOR
                                                 MOONIES MF, LLC,
                                                 DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on August 21, 2024 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached service list.

**COPIES OF THE EXHIBITS WERE NOT SERVED BY REGULAR MAIL. PLEASE CONTACT THE UNDERSIGNED IF YOU WISH TO RECEIVE THE EXHIBITS.**

                                                 */s/Jeff Carruth*
                                                 Jeff Carruth

## ECF NOTICE LIST

**24-10434-smr Notice will be electronically mailed to:**

Steven B. Bass on behalf of Creditor Small Business Administration
Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov

Lynn Hamilton Butler on behalf of Creditor Main Street Social, LLC
lynn.butler@huschblackwell.com,
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pacerpro.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Jeff Carruth on behalf of Creditor Main Street Social, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com;jcarruth@ecf.courtdrive.com

Jeff Carruth on behalf of Debtor Moonies MF, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com;jcarruth@ecf.courtdrive.com

Brian C. Guequierre on behalf of Creditor Stuart Ward
bcglaw@gmail.com, jubilee.bcglaw@gmail.com

Jessica Lanoue Hanzlik on behalf of U.S. Trustee United States Trustee - AU12
Jessica.L.Hanzlik@usdoj.gov, omar.e.jones@usdoj.gov;adrian.duran@usdoj.gov

John P. Henry on behalf of Debtor Moonies MF, LLC
jhenry@jhenrylaw.com, johnhenry4579@gmail.com

Julie A. Parsons on behalf of Creditor Burnet Central Appraisal District
jparsons@mvbalaw.com, vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie A. Parsons on behalf of Creditor The County of Williamson, Texas
jparsons@mvbalaw.com, vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

B. Weldon Ponder, Jr. on behalf of Creditor Christian Soto Cruz
welpon@austin.rr.com, wponder3@austin.rr.com;weldonponder@gmail.com

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

Eric Terry
eric@ericterrylaw.com, ebterry@ecf.axosfs.com

Eric Terry on behalf of Trustee Eric Terry
eric@ericterrylaw.com, ebterry@ecf.axosfs.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

4885-8579-1192, v. 1

# REGULAR MAIL LIST

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SERVICE LIST | Case No. 24-10434 | In re: MooniesMF, LLC | | | | UPDATED: | | 7/24/2024 |
| 2 | C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[Moonies - service list 4870-8803-1941 v.6.xlsx]Sheet1 | | | | | | | | |
| 3 | Name | Address1 | Address2 | Address3 | City | State | Zip | Email | Method of Service / Comment |
| 4 | Moonies Mf, LLC | 3500 Hamlet Cove | | | Round Rock | TX | 78664-6133 | | Regular Mail |
| 5 | U.S. Bankruptcy Court | 903 San Jacinto | Suite 322 | | Austin | TX | 78701-2450 | | Regular Mail |
| 6 | Burnet Central Appraisal District | C/O Mccreary Veselka Bragg Allen | PO Box 169 | | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com; julie.parsons@mvbalaw.com | NOA/ECF |
| 7 | Bill Me Later Inc | PO Box 208703 | | | Dallas | TX | 75320 | bankruptcy@swiftcapital.com | Regular Mail |
| 8 | Bluevine Inc | c/o Weinstein & Riley, P.X. | 1415 Western Ave | Suite 700 | Seattle | WA | 98101 | bncmail@w-legal.com | Regular Mail |
| 9 | Capital One | PO Box 60519 | | | City Of Industry | CA | 91716-0519 | | Regular Mail |
| 10 | Celtic Bank | 268 S State St #300 | | | Salt Lake City | UT | 84111-5314 | | Regular Mail |
| 11 | Jpmorgan Chase Bank N A | Bankruptcy Mail Intake Team | 700 Kansas Lane | Floor 01 | Monroe | LA | 71203-4774 | | Regular Mail |
| 12 | Christian Soto Cruz | 501 S. Buffalo St. | | | Cedar Park | TX | 78613-3117 | | NOA/ECF |
| 13 | Christian Soto Cruz | c/o B Weldon Ponder Jr. | 4408 Spicewood Springs Road | | Austin | TX | 78759 | welpon@austin.rr.com | NOA/ECF |
| 14 | Cintas | PO Box 650838 | | | Dallas | TX | 75265-0838 | | Regular Mail |
| 15 | City Of Austin | Austin Energy | Attn Collections Department | 4815 Mueller Blvd | Austin | TX | 78773-3573 | | Regular Mail |
| 16 | City Of Marble Falls | 800 3rd Street | | | Marble Falls | TX | 78654-5742 | | Regular Mail |
| 17 | Craco, Inc. | 3500 Hamlet Cove | | | Round Rock | TX | 78664-6133 | | Regular Mail |
| 18 | Craig Cohen | 3500 Hamlet Cove | | | Round Rock | TX | 78664-6133 | | Regular Mail |
| 19 | David Bragg | P. O. Box 2047 | | | Bastrop | TX | 78602-9047 | | Regular Mail |
| 20 | Ecolab | P.O. Box 70343 | | | Chicago | IL | 60673-0343 | | Regular Mail |
| 21 | Heartland Payment Systems | One Heartland Way | | | Jeffersonville | IN | 47130-5870 | | Regular Mail |
| 22 | JP Morgan Chase Bank, N.A. | PO Box 9013 | | | Addison | TX | 75001 | pocquestions@nbsdefaultservices.com | Regular Mail |
| 23 | Main Street Social, LLC | 1651 Loop 332 | | | Liberty Hill | TX | 78642-2362 | | Regular Mail |
| 24 | Main Street Social, LLC | C/O Lynn Hamilton Butler | 111 Congress Avenue | Suite 1400 | Austin | TX | 78701-4093 | lynn.butler@huschblackwell.com | NOA/ECF |
| 25 | Marlin Business Bank | PO Box 1626 | | | Mount Laurel | NJ | 08054-7626 | | Regular Mail |
| 26 | Marlin Capital Solutions | 300 Fellowship Road | | | Mount Laurel | NJ | 08054-1201 | | Regular Mail |
| 27 | Moonies Holdings, LLC | 3500 Hamlet Cove | | | Round Rock | TX | 78664-6133 | | Regular Mail |
| 28 | National Funding, Inc. | 4380 La Jolla Village Drive | | | San Diego | CA | 92122-1200 | rzahradka@nationalfunding.com | Regular Mail |
| 29 | Pawnee Leasing Corporation | Attn: Sandi Carr | 3801 Automation Way | Ste 207 | Fort Collins | CO | 80525-5735 | bankruptcy@pawneeleasing.com | Regular Mail |
| 30 | Porsche Central Austin | 9800 Research Blvd. | | | Austin | TX | 78759-5979 | | Regular Mail |
| 31 | Texas Comptroller Of Public Accounts | Revenue Acct Div - Bk Section | PO Box 13528 | | Austin | TX | 78711-3528 | bk_jstern@oag.texas.gov; sherri.simpson@oag.texas.gov | NOA/ECF |
| 32 | The County Of Williamson, Texas | C/O Mccreary Veselka Bragg Allen | P.O. Box 1269 | | Round Rock | TX | 78680-1269 | jparsons@mvbalaw.com; julie.parsons@mvbalaw.com | NOA/ECF |
| 33 | U.S. Small Business Administration | 2120 Riverfront Drive | Suite 100 | | Little Rock | AR | 72202-1794 | | Regular Mail |
| 34 | US Small Business Administration | c/o Steven B Bass | | | | | | steven.bass@usdoj.gov; tina.travieso@usdoj.gov | NOA/ECF |
| 35 | US Small Business Administration | Attn: Kelle S. Acock - Dist. Counsel | 615 E Houston St., Ste. 298 | | San Antonio | TX | 78205 | kelle.acock@sba.gov | Regular Mail |
| 36 | Us Foods | PO Box 841587 | | | Dallas | TX | 75284-1587 | | Regular Mail |
| 37 | United States Trustee - Au12 | 903 San Jacinto Blvd | Suite 230 | | Austin | TX | 78701-2450 | | Regular Mail |
| 38 | U.S. Trustee | c/o Jessica Lanoue Hanzlik | | | | | | jessica.l.hanzlik@usdoj.gov; omar.e.jones@usdoj.gov; adrian.duran@usdoj.gov | NOA/ECF |
| 39 | Ward Ventures, LLC | 3500 Hamlet Cove | | | Round Rock | TX | 78664-6133 | | Regular Mail |
| 40 | Stuart and Keris Ward | 134 Ocean Rd | | | Ohope | NZ | 3121 | ward.ventures@gmail.com | Regular Mail |
| 41 | Webbank | 215 State St | Suite 1000 | | Salt Lake City | UT | 84111-2336 | | Regular Mail |
| 42 | Whitestone Reit | Attn: Made Setiawan | 2600 S. Gessner, Suite 500 | | Houston | TX | 77063 | | Regular Mail |
| 43 | Eric Terry | Eric Terry Law, PLLC | 3511 Broadway | | San Antonio | TX | 78209-6513 | eric@ericterrylaw.com | NOA/ECF |
| 44 | John P. Henry | John Henry & Associates Pllc | 407 West Liberty Avenue | | Round Rock | TX | 78664-5127 | jhenry@jhenrylaw.com | NOA/ECF |

Moonies - service list 4870-8803-1941 v.6.xlsx, Sheet1     Page 1 of 1     7/24/2024, 9:08 PM

4885-8579-1192, v. 1

**PROPOSED FINAL ORDER**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| IN RE: | § | |
| --- | --- | --- |
| | § | **CASE NO: 24-10434** |
| **MOONIES MF, LLC** | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION OF DEBTOR TO DISMISS CASE (RE: DOCKET NO. 94)**

On this day came on for consideration the *Motion of Debtor to Dismiss Case* (Docket No. 94) (the "Motion to Dismiss") filed herein on August 21, 2024 by Moonies MF, LLC, debtor and debtor in possession ("Moonies" or the "Debtor"). The Court finds and concludes that upon review of the record of this case that sufficient notice was provided in accordance with the Federal Rules of Bankruptcy Procedures and/or the Local Bankruptcy Rules (the "Rules"), no objections or requests for a hearing were filed or otherwise received within the time period specified under the Rules, and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Dismiss is granted as set forth herein.
2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.
3. This case is hereby dismissed effective immediately upon entry of this Order.

### END OF ORDER ###

Submitted by:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
JEFF CARRUTH (TX SBN: 24001846)
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR

MOONIES MF, LLC,
DEBTOR AND DEBTOR IN POSSESSION